# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LAURA ELLEN FINNEY,**<br><br>        Plaintiff,<br><br>v.<br><br>**FORD MOTOR COMPANY, a Delaware Corporation, and DOES 1 through 10, inclusive,**<br><br>        Defendant. | Case No.: 3:17-cv-06183-JST<br><br>(Removed from Superior Court of California, County of San Marin, Case No. CIV703605)<br><br>**[PROPOSED] ORDER ADOPTING STIPULATION FOR ENLARGEMENT OF TIME TO FILE A RESPONSE TO DEFENDANT'S MOTION FOR JUDGEMENT ON THE PLEADINGS**<br><br>*Assigned for All Purposes to the Honorable* **Jon S. Tigar**<br><br>Action Filed: September 29, 2017<br>Trial Date: Not Set |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The evidence presented having been fully considered, and the issues having been duly heard and a decision having been duly rendered, **PURSUANT TO STIPULATION IT IS HEREBY ORDERED THAT:**

Stipulation Requesting an Enlargement of Time to File a Response to Defendant's Motion for Judgement on the Pleadings is GRANTED.

**PURSUANT TO STIPULATION IT IS SO ORDERED.**

Dated: December 7, 2017

_____
JUDGE OF THE
UNITED STATES DISTRICT COURT

**Prepared By:**

**KNIGHT LAW GROUP, LLP**
Steve Mikhov (SBN 224676)
Deepak Devabose (SBN 298890)
1801 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 552-2250
Fax: (310) 552-7973

-2-