**Gordon Rees Scully Mansukhani, LLP**
275 Battery Street, Suite 2000
San Francisco, CA 94111

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA ELLEN FINNEY,<br><br>                Plaintiff,<br><br>      v.<br><br>FORD MOTOR COMPANY, a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>                Defendants. | Case No. 3:17-CV-06183-JST<br><br>[~~PROPOSED~~] **ORDER ADOPTING STIPULATION FOR ENLARGEMENT OF TIME** |

Pursuant to the stipulation and motion of the parties, the request for enlargement of time for Defendant to file an ADR Certification is GRANTED.

**IT IS SO ORDERED**.

Dated: February 5, 2018

_____
Hon. Jon S. Tigar

[~~PROPOSED~~] ORDER