**KNIGHT LAW GROUP LLP**
Steve Mikhov (SBN 224676)
stevem@knightlaw.com
Russell Higgins (SBN 226124)
russellh@knightlaw.com
1801 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 552-2250
Fax: (310) 552-7973

Attorneys for Plaintiff,
LAURA ELLEN FINNEY

**GORDON & REES LLP**
Spencer Hugret (SBN 240424)
Russell M. Mortyn (SBN 160788)
275 Battery Street Suite 1900
San Francisco, CA 92111-3600
Telephone: (415) 986-5900
rmortyn@gordonrees.com
Fax: (866) 904-6525

Attorneys for Defendant
FORD MOTOR COMPANY

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA ELLEN FINNEY, <br><br> Plaintiff, <br><br> v. <br><br> **FORD MOTOR COMPANY, a Delaware limited liability company, and DOES 1 through 10, inclusive,** <br><br> Defendants | CASE NO.: 3:17-cv-06183-JST <br><br> **STIPULATION TO EXTEND DEADLINE TO COMPLETE MEDIATION** ~~[PROPOSED ORDER]~~ <br><br> [Case Assigned to Honorable Jon S. Tigar] |

IT IS HEREBY STIPULATED by and between the Parties hereto, through their respective counsel as follows:

1. The parties have agreed and request that the Court extend the time in which to complete mediation to May 25, 2018.

2. The Parties have agreed to mediation with the Honorable James Warren, and have scheduled a mediation for May 25, 2018.

3. The Parties have not completed mediation due to conflicts on counsels' calendar.

4. Therefore, it is stipulated that the deadline to complete the mediation be extended to May 25, 2018.

DATED: May 8, 2018 **KNIGHT LAW GROUP, LLP**

/s/ Steve Mikhov
Steve Mikhov
Russell Higgins
Attorneys for Plaintiff

DATED: May 8, 2018 **GORDON & REES LLP**

/s/ Russell Mortyn
Russell M. Mortyn
Spencer P. Hugret
Attorneys for Defendant

# [PROPOSED] ORDER

Having considered the stipulation of counsel and finding good cause:

IT IS HEREBY ORDERED that the deadline to complete mediation is extended to May 25, 2018.

DATED: May 9, 2018

_____
JUDGE OF THE UNITED STATES
DISTRICT COURT